# M A N D A T E

TO THE 119TH DISTRICT COURT of TOM GREEN COUNTY, GREETINGS:

Before our Court of Appeals for the Thirteenth District of Texas, on the 3rd day of July, 2014, the cause upon appeal to revise or reverse your judgment between

JOHNNY FAZ LOPEZ JR. AKA                                                    Appellant,
JOHNNY FAZ LOPEZ,

v.

THE STATE OF TEXAS                                                              Appellee.

CAUSE NO. 13-13-00404-CR                          (Tr.Ct.No. B-07-1399-S)

was determined; and therein our said Court made its order in these words:

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED.

July 3, 2014.

★ ★ ★ ★ ★ ★ ★

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Thirteenth District of Texas, in this behalf, and in all things have it duly recognized, obeyed and executed.

WITNESS, the Hon. Rogelio Valdez, Chief Justice of our Court of Appeals, with the seal thereof affixed, at the City of Edinburg, Texas this 29th day of January, 2015.

Dorian E. Ramirez, CLERK